UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CARLOS MORELOS-YEPES<br>a/k/a JOSE AMPARO SALGADO,<br>    Defendant. | CASE NO. CR 19-00348 BLF<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the indictment. The indictment is hereby ordered dismissed without prejudice.

Dated: February 3, 2020

*Beth Labson Freeman* (signature)
BETH LABSON FREEMAN
United States District Judge

ORDER OF DISMISSAL
CR 19-00348 BLF